**Theodus J. JORDAN, Petitioner, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent, Appellee.**

No. 06–2318.

United States Court of Appeals, First Circuit.

June 20, 2007.

Theodus Jordan on brief pro se.

Robert L. Baker, Michael J. Haungs, Attorneys, Tax Division, and Eileen J. O'Connor, Assistant Attorney General, on brief for appellee.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and HOWARD, Circuit Judge.

PER CURIAM.

After carefully reviewing the briefs and record on appeal, we *affirm* for substantially the reasons given below.

The appellant asserts that his 2002 tax liability should have been offset by an earlier overpayment because he was not indebted to the Department of Education. He identifies no error, however, in the Tax Court's determination that it lacked jurisdiction over that issue. I.R.C. § 6402.

The appellant asserts that certain retirement-related distributions should have

been construed as exempt loans. He fails to identify anything in the record tending to show both that the distributions were loans and that they satisfied exemption requirements. I.R.C. § 72. Finally, the appellant identifies no error in the Tax Court's determination that he did not satisfy requirements for head-of-household status or a dependency deduction. I.R.C. §§ 2, 151(c) & 152.

*Affirmed.* *See* 1st Cir. Loc. R. 27.0(c).